IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LISA M. PAGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:04-00084 |
| ) | JUDGE HAYNES |
| PREMIER MANUFACTURING ) | |
| SUPPORT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Premier Manufacturing Support Services, Inc.'s motion for summary judgment (Docket Entry No. 14) is **GRANTED**. This action is hereby **DISMISSED** with prejudice. Plaintiff's motion to continue or, alternatively, notice of nonsuit without prejudice (Docket Entry No. 31) is **DENIED** as moot.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 20th day of July, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge